

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KONRAD KORZENIOWSKI, PRO SE, :

        Plaintiff,       :

                        :     Docket No. 3:09-cv-01425-WWE

v.                            :

Encore Receivable Mgmt Inc, et al  :

        Defendants.      :

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Konrad Korzeniowski, and defendants, Encore Receivable

Management,et al (collectively "Defendants") by and through their undersigned counsel,

hereby stipulate to a dismissal with prejudice in the above-titled action and request entry

of a Final Order of Dismissal with prejudice without any cost to any party

Dated this 07 day of May 2010.

Konrad Korzeniowski

Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
Telephone: (860) 595-9436
Facsimile: (866) 796-3839
konrad255@gmail.com

/s/ Walter A. Shalvoy, Jr.
Walter A. Shalvoy, Jr., Esq. ct25132
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601-0901
Telephone: (203) 367-2700
Facsimile: (203) 335-0589
wshalvoy@maherandmurtha.com